United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 13, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-50005
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

FERNANDO ANTONIO BONILLA,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-03-CR-153-1
--------------------

Before  REAVLEY, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Fernando Antonio Bonilla appeals his sentence for his

conviction for illegal reentry following deportation in violation

of 8 U.S.C. § 1326.

     Bonilla contends that the district court erred when it

increased his offense level by 16 levels because his deferred

adjudication for the Texas offense of injury to a child was not a

final felony conviction for purposes of U.S.S.G. § 2L1.2(b)(1)(A).

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

A Texas deferred adjudication may be counted as a felony conviction under U.S.S.G. § 2L1.2(b)(1).  <u>United States v. Valdez-Valdez</u>, 143 F.3d 196, 203 (5th Cir. 1998).  Bonilla's attempt to distinguish his case from <u>Valdez-Valdez</u> is unavailing.

The judgment of the district court is AFFIRMED.